IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES WATKINS-BEY,                                                                  PLAINTIFF
ADC #93751

2:01CV00146 GH

MARVIN EVANS, et al.                                                                  DEFENDANTS

JUDGMENT

Pursuant to the Order entered in this matter on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this complaint be, and it is hereby DISMISSED, with prejudice.

IT IS SO ADJUDGED this 5th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE